
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NIXIE  906 5E 1  9003/04/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299  0159N064003-00419

VTF

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR − 8 2021
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN − 1 2021
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

returned; undeliverable
2:02cr938 VAP

VAP

NEOPOST
02/24/2021
US POSTAGE $001.20⁰
ZIP 90012
041M11461109
FIRST-CLASS MAIL

Case: 2:02cr938  Doc: 7429

Christopher Overton Gibson REG81372-011
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226